García *v.* Roig et al.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 12.—Resuelto en diciembre 11, 1903.

Dominio.—En el presente caso se resolvió que no procedía declarar el dominio de la finca objeto del mismo a favor de la tercerista, por haber ésta traspasado sus derechos a favor del Pueblo de Puerto Rico, al que corresponde actualmente dicha finca y correspondía ya en la fecha en que fué contestada la demanda.

EXPOSICIÓN DEL CASO.

En el juicio seguido en el Tribunal de Distrito de Mayagüez, (*) entre partes, de la una Doña Elisa García Sanjurjo, como demandante, cuya representación y defensa ha llevado ante esta Corte Suprema el Letrado Don Antonio Alvarez Nava, y de la otra, como demandados, Don Antonio Roig

Torrellas, hoy su cesionario Don Pablo Roig Torrellas, representado y dirigido por el Abogado Don Fernando Vázquez, y Don Isidro Fernández Sanjurjo, que no se ha personado ante este tribunal, sobre tercería de dominio, cuyo juicio pende ante nos en virtud de recurso de casación por infracción de ley, hoy de apelación, interpuesto por la parte demandante contra la sentencia pronunciada por el Tribunal del Distrito de Mayagüez.

*Resultando:* que con fecha ocho de mayo del año próximo pasado, en juicio ejecutivo seguido ante el Tribunal de Distrito de Mayagüez, por Don Antonio Roig Torrellas contra Don Isidro Fernández Sanjurjo, en cobro de pesos, se dispuso fueran embargados bienes de la propiedad del demandado hasta cubrir la cantidad reclamada de mil pesos provinciales o sean seiscientos dollars, intereses legales y costas, que se calcularon en trescientos dollars, para hacer efectivos dos plazos vencidos que representaban aquella suma, como procedentes de obligación contraída por Fernández Sanjurjo, mediante escritura pública otorgada en veinte y siete de noviembre de mil ochocientos noventa y siete.

*Resultando:* que el embargo ordenado se trabó en diez de junio siguiente en la hacienda denominada "Carmen," como de la propiedad del ejecutado, compuesta de doscientas veinte y cuatro cuerdas veinte y cinco céntimos, equivalentes a ochenta y ocho hectáreas, trece áreas, ochenta y nueve centiáreas, radicada en el barrio de "Muradero," del término municipal de Mayagüez, a café, plátanos, caña y montes, con los establecimientos, casa, almacenes y demás edificaciones, cuya finca colinda por el norte con la Quebrada de Oro, y terrenos de Don Francisco Ramos, viuda de Rocafort, (*) sucesión Lacout y Olivieri Hermanos; por el este con un camino vecinal, tierra de Don Adolfo Gómez, Don Juan Luciano, otro camino vecinal, terrenos de Don Genaro Cartagena, Don Manuel Bengoa y Don Pedro Agostini; al oeste con terrenos de la antigua hacienda "Carmen," la Quebrada de Oro y

tierras de Don Antonio López, Don Juan Rolán, Don Francisco Borrero, Don Ramón Ruiz, camino vecinal de Añasco, terrenos de Don Luis Cartagena y la carretera de Añasco; y por el sur con terrenos de Doña Elisa, Doña Dolores y Doña Rosa García Sanjurjo, y el río Yagüez; habiéndose tomado anotación preventiva de tal embargo en el Registro de la Propiedad de Mayagüez, en veinte y cinco de junio citado.

*Resultando:* que Doña Elisa García Sanjurjo, por escritura pública otorgada el día dos del repetido mes de junio, compró la finca expresada a Don Isidro Fernández Sanjurjo por precio de diez y nueve mil dollars, de los cuales cinco mil seiscientos correspondían a una hipoteca que sobre la misma gravitaba a favor de Don Tomás Quiñones, cinco mil fueron satisfechos por la compradora, por cuenta del vendedor, a varios acreedores de éste, y los ocho mil cuatrocientos restantes fueron entregados a Fernández Sanjurjo ante el notario autorizante y testigos, cuya escritura fué inscrita en el Registro de la Propiedad de Mayagüez con fecha diez y ocho de agosto de mil novecientos dos, haciéndose constar en la inscripción que la finca vendida, además del gravamen hipotecario que sobre ella pesaba, estaba afectada por la anotación del embargo practicado a instancia de Don Antonio Roig y Torrellas.

*Resultando:* que por otra escritura posterior, otorgada en veinte y nueve de agosto citado, la que también fué inscrita en el Registro de la Propiedad de Mayagüez, Doña Elisa García Sanjurjo vendió la hacienda "Carmen" al Pueblo de Puerto Rico por precio de quince mil dollars, de los cuales confesó haber recibido ocho mil quinientos, quedando (*) en poder del comprador los seis mil quinientos restantes por razón de las cargas que pesaban sobre dicha finca, o sea la hipoteca de cinco mil seiscientos dollars a favor de Don Tomás Quiñones, y un embargo de novecientos dollars a favor de Don Antonio Roig Torrellas.

*Resultando:* que en trámite el juicio ejecutivo seguido por

Don Antonio Roig Torrellas contra Don Isidro Fernández Sanjurjo, presentó demanda de tercería de dominio Doña Elisa García Sanjurjo ante la corte de Mayagüez, con fecha diez y seis de junio del año próximo pasado, con súplica de que se dictara sentencia declarándola con lugar, imponiendo las costas al que se opusiere a su pretensión y ordenando se alzara el embargo practicado en la hacienda "Carmen" para que quedara a su libre disposición; a cuyo fin alegó que dicha finca era de su propiedad por haberla adquirido de Don Isidro Fernández Sanjurjo mediante escritura pública de compraventa otorgada en dos de junio del año próximo pasado, de la que acompañó primera copia no inscrita aun en el Registro de la Propiedad de Mayagüez.

*Resultando:* que los demandados Don Isidro Fernández Sanjurjo y Don Antonio Roig y Torrellas fueron emplazados para contestar la demanda en primero de julio y primero de agosto de año próximo pasado, respectivamente, habiéndose allanado el primero a dicha demanda; mientras que Don Pablo Roig y Torrellas, como cesionario de Don Antonio Roig y Torrellas, cuyo carácter justificó, se opuso a la misma con súplica de que se declarara sin lugar con las costas a la tercerista, alegando, entre otros hechos, que la escritura presentada por Doña Elisa García Sanjurjo no aparecía inscrita en el registro de la propiedad, que al ser inscrita lo fué con la carga de la anotación del embargo practicado a instancia de Don Antonio Roig y Torrellas; que Fernández Sanjurjo al realizar la venta de la hacienda "Carmen" se había quedado sin bienes para satisfacer la deuda que se le reclamaba, y que la García Sanjurjo había traspasado el dominio de la (*) hacienda "Carmen" a favor del Pueblo de Puerto Rico, con fecha veinte y nueve de agosto, reconociendo que sobre la finca pesaban, como cargas, una hipoteca a favor de Don Tomás Quiñones por valor de cinco mil seiscientos dollars y una anotación de embargo por novecientos dollars a favor de Don Antonio Roig, por lo que del precio de la finca dejó seis

mil quinientos en poder del comprador por razón de las expresadas cargas.

*Resultando:* que entre las pruebas practicadas por ambas partes se encuentra la escritura pública otorgada por Doña Elisa García Sanjurjo a favor del Pueblo de Puerto Rico, en veinte y nueve de agosto de mil novecientos dos, traspasándole la propiedad de la hacienda ''Carmen'' en los términos que se dejan expresados, cuya escritura ha sido inscrita en el registro de la propiedad.

*Resultando:* que el Tribunal de Distrito de Mayagüez, por sentencia de veinte de diciembre del año próximo pasado, declaró sin lugar la demanda de tercería interpuesta con las costas a Doña Elisa García Sanjurjo.

*Resultando:* que contra esta sentencia interpuso la representación de Doña Elisa García Sanjurjo recurso de casación por infracción de ley, que se tramitó como tal, habiéndo sele dado luego la tramitación correspondiente al de apelación, a virtud de lo dispuesto por la ley votada por la Asamblea Legislativa de esta Isla, aprobada en doce de marzo último, que convirtió esta Corte Suprema en tribunal de apelación; y señalado día para la vista, tuvo ésta lugar con asistencia de los letrados de la parte demandante y del demandado Roig Torrellas.

Abogado de la apelante: *Sr. Alvarez Nava.*

Abogado del apelado Roig: *Sr. Fernando Vázquez.*

La otra parte apelada no compareció.

EL JUEZ ASOCIADO SR. SULZBACHER, después de exponer los hechos anteriores, emitió la siguiente opinión del tribunal: (*)

*Considerando:* que correspondiendo actualmente el domi-nio de la hacienda ''Carmen'' al Pueblo de Puerto Rico, a virtud de la escritura pública de venta que a su favor otorgó la tercerista en veinte y nueve de agosto del año próximo pasado, como le correspondía ya en la fecha en que fué contestada la demanda, no cabe declarar ese dominio a favor

de Doña Elisa García Sanjurjo, según ésta pretende en el presente juicio.

*Fallamos:* que debemos confirmar y confirmamos la sentencia apelada de veinte de diciembre del año próximo pasado, con las costas del recurso también a cargo de la demandante; y devuélvanse los autos al Tribunal de Distrito de Mayagüez con la certificación correspondiente.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández y MacLeary.

El Juez Asociado Sr. Figueras no formó tribunal en la vista de este caso.